JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

WILLIAM LEE GRAY,

               Petitioner,

    v.

KIM HOLLAND, Warden,

               Respondent.

**Case No. ED CV 14-00524 PA (RAO)**

**JUDGMENT**

      Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

      IT IS ORDERED AND ADJUDGED that the Third Amended Petition is denied and this action is dismissed with prejudice.

DATED:  December 29, 2015

_____

PERCY ANDERSON
UNITED STATES DISTRICT JUDGE